The People *vs.* James Duffy. *Assault and Battery.*

THE defendant was charged with an assault and battery.

*Maxwell, District Attorney,* called up the case for trial.

*Price,* counsel for the prisoner, moved the court to direct that the witnesses withdraw while the examination was progressing.

*Maxwell* opposed the motion, and contended that it

NEW-YORK, Dec. 1822.

The People vs. R. R. Brown.

The People vs. Raymer C. Wertendyke and J. Pike.

was only done in cases of felony. And then it was considered a matter of discretion in the court to grant it, or not.

*By the Court.*—" The rule we believe has been, in *all* " cases, to separate the witnesses, upon an examination " from those that are not, where it has been requested ' either by the prosecutor, or the defendant. Let the witnesses go out of the court-room, except the one now to " be sworn, and come in as they are called."